IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRYL WILLIAMS, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) Case No.   1:26-cv-01826 |
| CITY OF CHICAGO d/b/a OFFICE OF PUBLIC SAFETY ADMINISTRATION, | ) ) ) ) |
|       Defendant. | ) |

## COMPLAINT

Plaintiff Darryl Williams ("Plaintiff"), by and through his attorneys, the Law Offices of Michael T. Smith & Associates, P.C., in complaining of Defendant City of Chicago d/b/a Office of Public Safety Administration ("Defendant"), state as follows:

## NATURE OF CASE

1. Plaintiff brings this action against Defendant under Title VII of and the Defendant under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000(e) *et seq.* ("Title VII") and the Americans with Disabilities Act, 42 U.S.C. 12101 *et seq.* ("ADA") for Defendant retaliating against him for making internal complaints of disability and gender discrimination, and for filing a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC"), when it terminated his employment.

## JURISDICTION AND VENUE

2. Jurisdiction of this action is conferred upon the Court by 28 U.S.C. § 1331.

3. Venue for this action is proper in the United States District Court for the Northern District of Illinois, Eastern Division, under 28 U.S.C. § 1391(b)(1)-(2) and (d) because the employment practices hereafter alleged to be unlawful were committed in the Northern District

1

of Illinois and because Defendant's contacts are sufficient to subject it to personal jurisdiction in that district.

## PARTIES

4. Plaintiff is an adult individual and is a resident of Chicago, Illinois.

5. At all times relevant to the allegations herein, Defendant has been a city municipality organized under the laws of Illinois.

6. At all times relevant to the allegations herein, Defendant was an "employer" as that term is defined under Title VII.

7. At all times relevant to the allegations herein, Plaintiff was an "employee" of Defendant as that term is defined under Title VII.

## FACTUAL ALLEGATIONS

8. Plaintiff began his employment with Defendant on or around January 12, 2023, with his most recent position being manager of business services.

9. At all times relevant to the allegations herein, Plaintiff met or exceeded Defendant's reasonable performance expectations.

10. During the course of Plaintiff's employment with Defendant, he was discriminated against and harassed on the basis of his gender.

11. Plaintiff complained to Defendant about said harassment/discrimination and clearly indicated that he believed he was being treated differently because of his gender.

12. Plaintiff also made an internal complaint of disability discrimination and failure to accommodate on or about August 3, 2023.

13. On or about September 12, 2023, Plaintiff was terminated without legitimate cause or justification.

14. Plaintiff filed a charge of gender discrimination and retaliation against Defendant with the EEOC (charge no. 440-2024-01622 attached hereto as "Exhibit A") for discriminatorily and retaliatorily harassing him and terminating his employment.

15. Several months later, Defendant advised Plaintiff that the termination of his employment had been processed in error and that he was still employed by Defendant.

16. On or about May 21, 2024, Plaintiff received a letter, dated May 17, 2024, indicating that his employment had been terminated. Said letter did not provide a reason for Plaintiff's termination.

17. Plaintiff's termination was without any legitimate cause or justification whatsoever.

18. Thereafter, Plaintiff filed a second charge against Defendant with the EEOC (charge no. 440-2025-05323 attached hereto as "Exhibit B") relating to his second termination alleging, among other things, retaliation.

19. The EEOC sent Plaintiff a notice of right to sue dated November 20, 2025, on charge no. 440-2025-05323 (attached hereto as "Exhibit C").

20. Plaintiff has timely filed this complaint with the United States District Court for the Northern District of Illinois within 90 days of his receipt of the notice of right to sue.

## COUNT I
### (ADA – RETALIATION)

21. Plaintiff re-alleges paragraphs 1 through 18 and incorporates them as if fully set forth herein.

22. The ADA prohibits employers from retaliating against employees for engaging in protected activity, such as requesting accommodations, complaining of disability discrimination, or complaining of not receiving disability accommodations.

23. Plaintiff engaged in ADA protected activity when he requested disability accommodations, complained of disability discrimination, and complained of not receiving disability accommodations as alleged herein.

24. By its conduct as alleged herein, Defendant retaliated against Plaintiff for engaging in ADA protected activity when it terminated his employment a second time without legitimate cause or justification.

25. As a result of Defendant's actions, Plaintiff has suffered lost wages and other economic losses.

26. Defendant's conduct toward Plaintiff illustrated a willful and/or reckless disregard of Plaintiff's right to be free from impermissible retaliation.

27. Plaintiff demands to exercise his right to a jury trial of this matter.

**PRAYER FOR RELIEF AS TO COUNT I**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant on Count I and that it:

a) Award Plaintiff equitable/injunctive relief;

b) Award Plaintiff the value of all actual damages to be proved at trial;

c) Award Plaintiff compensatory damages to make him whole, including but not limited to lost wages;

d) Award Plaintiff reinstatement, or front pay in the alternative;

e) Award Plaintiff reasonable attorney's fees, costs and disbursements;

f) Award Plaintiff any other relief this Court deems just and proper.

**COUNT II**
**(TITLE VII – RETALIATION)**

28. Plaintiff re-alleges paragraphs 1 through 18 and incorporates them as if fully set

forth herein.

29. Title VII prohibits employers from retaliating against employees for engaging in protected activity, such as making internal complaints and filing EEOC charges alleging gender discrimination.

30. By its conduct as alleged herein, Defendant retaliated against Plaintiff for making an internal complaint, and filing an EEOC charge, alleging gender discrimination, when it terminated his employment without legitimate cause or justification.

31. As a result of Defendant's actions, Plaintiff has suffered lost wages and other economic losses.

32. Defendant's conduct toward Plaintiff illustrated a willful and/or reckless disregard of Plaintiff's right to be free from impermissible retaliation.

33. Plaintiff demands to exercise his right to a jury trial of this matter.

## PRAYER FOR RELIEF AS TO COUNT II

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant on Count II and that it:

a) Award Plaintiff equitable/injunctive relief;

b) Award Plaintiff the value of all actual damages to be proven at trial;

c) Award Plaintiff compensatory damages to make him whole, including but not limited to lost wages and compensation for emotional distress;

d) Award Plaintiff liquidated damages;

e) Award Plaintiff reasonable attorney's fees, costs and disbursements;

f) Award Plaintiff any other relief this Court deems just and proper.

**DARRYL WILLIAMS**

BY:**/s/ Michael T. Smith**
Michael T. Smith
Trial Attorney



Michael T. Smith #6180407IL
Law Offices of Michael T. Smith & Associates, P.C.
3030 Warrenville Road, Suite 450-42
Lisle, Illinois 60532
(847) 450-1103 | (847) 895-0626
Msmith39950@aol.com
Msmithlaw123@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DARRYL WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.    1:26-cv-01826 |
| ) | |
| **CITY OF CHICAGO d/b/a OFFICE OF** ) | |
| **PUBLIC SAFETY ADMINISTRATION,** ) | |
| ) | |
| **Defendant.** ) | |

**COMPLAINT**

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 440-2024-01622 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Darryl J. Williams | 312-497-6787 | 1963 |

Street Address

332 SOUTH MICHIGAN AVE, SUITE 1032

CHICAGO, IL 60604

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Office of Public Safety Administration | 101 - 200 Employees | |

Street Address

3510 S MICHIGAN AVE

CHICAGO, IL 60653

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 09/12/2023    Latest: 09/12/2023 |
| Retaliation, Sex | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about January 12, 2023. My most recent position was Manager of Building Services. During my employment, I was subjected to harassment. I complained to Respondent. Subsequently, on or about September 12, 2023, I was discharged.

I believe that I have been discriminated against because of my sex, male, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Darryl J. Williams**  05/16/2024                                              Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DARRYL WILLIAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01826 |
| | ) | |
| **CITY OF CHICAGO d/b/a OFFICE OF** | ) | |
| **PUBLIC SAFETY ADMINISTRATION,** | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

# EXHIBIT B



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

EEOC Form 5A (October 2017)

For Official Use Only – Charge Number: 440-2025-05323

| | |
|---|---|
| **Personal Information** | First Name: Darryl  MI: J  Last Name: Williams<br>Address: 332 S. Michigan Ave  Apt.: 121<br>City: Chicago  County: Cook  State: IL  Zip Code: 60604<br>Phone: 312-497-6787  Home ☐ Work ☐ Cell ☒  Email: CRG4835@GMAIL.COM |
| **Who do you think discriminated against you?** | Employer ☒  Union ☐  Employment Agency ☐  Other Organization ☐<br>Organization Name: CITY OF CHICAGO<br>Address: 3510 S. Michigan Ave  Suite: 100<br>City: Chicago  State: IL  Zip Code: 60653  Phone: 312-746-6000 |
| **Why you think you were discriminated against?** | Race ☐  Color ☐  Religion ☐  Sex ☐  National Origin ☐  Age ☒<br>Disability ☒  Genetic Information ☐  Retaliation ☒  Other ☐ (*specify*) |
| **What happened to you that you think was discriminatory?** | Date of **most recent job action** you think was discriminatory: 05/17/2024<br>Also describe briefly **each job action** you think was discriminatory and when it happened (estimate).<br>(Limit 1,250 characters.) 05/17/2024. Terminated a second time without being reinstated. I was discharged for not going along with a false LOA along with trying to force me to commit fraud with IDES. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>Signature: *Darryl Williams (Mar 15, 2025 11:33 CDT)*  Date: Mar 15, 2025 |

Thursday, March 13, 2025

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5A, Charge of Discrimination, Issued October 2017.

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of rights under the Act.

# 440-2025-05323 - Charge of Discrimination - Chicago District Office

Final Audit Report                                              2025-03-15

| | |
|---|---|
| Created: | 2025-03-14 |
| By: | EEOC CHARGE-SUPPORT (EEOC.CHARGE-SUPPORT@EEOC.GOV) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAN1MpgZhym-2rP3_DTUClm2eA2-w9_D06 |

## "440-2025-05323 - Charge of Discrimination - Chicago District Office" History

- Document created by EEOC CHARGE-SUPPORT (EEOC.CHARGE-SUPPORT@EEOC.GOV)
  2025-03-14 - 10:08:43 AM GMT- IP address: 52.127.34.162

- Document emailed to crg4835@gmail.com for signature
  2025-03-14 - 10:08:46 AM GMT

- Email viewed by crg4835@gmail.com
  2025-03-15 - 4:19:48 PM GMT- IP address: 192.178.15.72

- Signer crg4835@gmail.com entered name at signing as Darryl Williams
  2025-03-15 - 4:33:43 PM GMT- IP address: 73.246.240.165

- Document e-signed by Darryl Williams (crg4835@gmail.com)
  Signature Date: 2025-03-15 - 4:33:45 PM GMT - Time Source: server- IP address: 73.246.240.165

- Agreement completed.
  2025-03-15 - 4:33:45 PM GMT


Powered by Adobe Acrobat Sign

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DARRYL WILLIAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01826 |
| | ) | |
| **CITY OF CHICAGO d/b/a OFFICE OF** | ) | |
| **PUBLIC SAFETY ADMINISTRATION,** | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

# EXHIBIT C

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

# NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11-20-2025

**To:** Darryl J. Williams
Michael T Smith
Msmithlaw123@gmail.com
Law Offices of Michael T. Smith & Associates, P.C.

Charge No: 440-2025-05323
EEOC Representative and email: JANA DIAMOND
INVESTIGATOR
JANA.DIAMOND@EEOC.GOV

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge. The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of the EEOC's official notice of dismissal. Otherwise, your right to sue based on the above-numbered charge will be lost.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2025-05323.

On behalf of the Commission,

Digitally Signed By: Amrith Kaur Aakre
11/20/2025

Amrith Kaur Aakre
District Director

**Cc:** Beatriz Matias
Beatriz.matias@cityofchicago.org
Please retain this Notice for your records.