**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DARRYL WILLIAMS, | |
| Plaintiff, | No. 26-cv-01826 |
| v. | Judge Edmond E. Chang |
| THE CITY OF CHICAGO, | |
| Defendant. | |

## JOINT STATUS REPORT

Plaintiff Darryl Williams and Defendant City of Chicago, by and through their attorneys, submit the following status report:

1.     The parties have reached a settlement agreement in principle and expect to file a stipulation of dismissal within forty-five (45) days, July 20, 2026.

2.     The parties request that the Court vacate any upcoming deadlines, including the deadline for the City of Chicago's responsive pleading.

Dated: June 5, 2026                                     Respectfully submitted,

_/s/ Michael T. Smith_                                     _/s/ Jay Rahman_
Michael T. Smith #6180407IL                      Jay Rahman
Law Offices of Michael T. Smith & Associates, P.C.    Assistant Corporation Counsel
3030 Warrenville Road, Suite 450-42              Employment Litigation Division
Lisle, Illinois 60532                                        City of Chicago Department of Law
(847) 450-1103 | (847) 895-0626                  2 North LaSalle Street, Suite 640
Msmith39950@aol.com                              Chicago, Illinois 60602
Msmithlaw123@gmail.com                          P: (312) 744-4939
                                                              E: jay.rahman@cityofchicago.org